William Wa Tong Lo

500 N Cambridge Dr
Appleton, WI 54915
920.460.7570
[zebsuab@yahoo.com](mailto:zebsuab@yahoo.com)

28th May 2023

Re: Wang Lo

Dear Honorable Judge Peterson,

My name is William Wa Tong Lo and I am the father of Wang Lo. I am writing to request leniency of sentencing for Wang.

Wang has been a reliable and caring son. He cooks for me when my gout is acting up and cannot move around. He massages me when I have body aches. He takes me fishing to get away from my depression and anxiety. He takes me and his mom to our doctor appointments, helps with interpretation, as well as picking up our medications from the pharmacy. He has been able to keep a stable job and help us financially in time of need. He has been learning and helping me with our traditional customs and spiritual events. I am waiting for his company. We are waiting for his return.


Sincerely,



William Wa Tong Lo