PoHo Lo

502 N Cambridge Dr
Appleton, WI 54915
920.460.5652
poholo502@gmail.com

21st May 2023

Re: Wang Lo

Dear Honorable Judge Peterson,

My name is PoHo Lo and I am writing on behalf of my brother, Wang Lo, to request leniency of sentencing.

Wang has been a dependable brother we can count on. There are times when doing our Hmong traditional ceremonies where he does tasks single handedly that usually take more than one person to do. With that he has been a great help to the community by participating and practicing to be a leader in officiating our traditional wedding. He has been a devoted son, following in my father's footsteps learning our traditional customs to lead the younger generations. He also has been assisting my mother in whatever she needs. He is a helpful person with his willingness to drive his cousins to work when they do not have a car or cannot drive and just anyone in need of his help.

 We are in full support of Wang and willing to help in any way when he is out, whether that is to help with finding a job or in any way to go on with his daily life.

Sincerely,

PoHo Lo