# Letter of Support for Wang Lo

Your Honorable,

We, as friends, families, and community members who have known Wang Lo would like to provide a letter of support for him as a person of character. Although the pending charges against Wang may be hard to believe that he is a person of good character, Wang has been found by families, friends and the community to be a person of good character. Wang should not be viewed as a defendant of the pending charges upon him, but as an upstanding member of the community.

We have witnessed Wang to be a contributing and valuable member to the Hmong community. Wang serves an important role in marriages in the Hmong culture and tradition. His role as a knowledgeable "Mej Koob" or an officiant for weddings at a young age has contributed to him being an honest and trustworthy person who is valued by both the younger and elder generations in the community. He is patient and understanding during all wedding ceremonies that he led, to ensure that both parties are satisfied. These experiences made him reliable and dependable as other families made referrals of him and requested him to lead Hmong weddings. His role in the Hmong community proves that he is a decent person who gives his time to support others and is selfless as long as he is able to help others.

We are disappointed and Wang is embarrassed about the incident, but please understand that Wang does not normally behave in that manner. As you are aware, Wang has never been convicted of any criminal offense, and this is the first criminal case type charges brought upon him from his 23 years of existence. Given his clean record as well as his close ties with friends, families and the Hmong community, we strongly believe that Wang is given a fair trial and the opportunity to have a lesser and more appropriate sentence. A conviction of the charges brought upon him has the potential to ruin his family, work and social life due to the extremely negative perception the public has of sex offenders. This will have a devastating effect on his future. It will tarnish his reputation, impede his liberty and affect his living arrangements. Such a conviction has the power to negatively affect every aspect of Wang life to pursue higher education, find a job or find a good place to live.

It is our sincere hope that the court takes this letter into consideration. Despite the current charges, we still believe Wang Lo to be a valuable member of our community and a good human being. We hope that you will give an opportunity for a second chance to Wang while you make a fair decision on his charges. Please provide a second chance for Wang to right his wrongs and make amendments to and for the community. We respectfully ask for your compassion during this process.

We are part of Wang Lo's support system and will do our best to keep him on a path to recovery and success. By signing below, we support that Wang Lo is a person of good character and ask for your consideration and compassion of who he was and continues to be, and not what transpired in one event. Thank you.

| | |
|---|---|
| Chia Song Xiong | Cher Thao |
| [signature] | Thao Chai yang |
| Ger Vang | Fong Vang |
| [signature] | Bee Vang |
| Chia Xiong | Pao Xiong |
| Mam Lee | Choua Lor |
| Peter Thao | Chue Neng Vang |
| Teng Vang | Michael Thao |
| Long Thao | Kaymeng Xeng |
| Tswv Yeej Zoo nraug | [signature] |
| Tim Yang | [signature] |
| Chong Cher Lor | [signature] |
| Lao Xiong | [signature] |
| Ntshiag Xyooj | [signature] |
| Cheng [?] | Dam Pao Xiong |
| Tshaj Yeej Xiong | [signature] |
| Wang Yang | [signature] |
| [signature] | Y-L [?] |
| [signature] | [signature] Xiong |
| [signature] | Toukhai Thao |
| Lee Vay | [signature] |
| Tong Thao | [signature] |
| Chao Thao | Da [?] |

PRINT

| Print | Signature |
|---|---|
| Cerry Thao | *signature* |
| JUA NENG THAO | Jua Neng Thao |
| Shongcha Thao | Shongcha Thao |
| Tong Thao | Tong Thao |
| Koa Vang | *signature* |
| Bee Yang | *signature* |
| Ying Lee | *signature* |
| Cha Xiong | *signature* |
| Neng Vang | *signature* |
| Maryann thao | *signature* |